

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00847-CV

**IN RE** Karla Ruby **DEL HUERTO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  February 6, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On December 21, 2012, Relator Karla Ruby Del Huerto filed a petition for writ of mandamus, complaining the trial court erred by failing to grant her motion to transfer the modification of the suit affecting the parent child relationship to Bexar County in compliance with Texas Family Code section 155.204.  *See* TEX. FAM. CODE ANN. § 155.204 (West 2008). However, mandamus will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy at law.  *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding).  Based on the record before us, we cannot conclude the trial court abused its discretion.  Accordingly, the petition for writ of mandamus is DENIED.  TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2001-CVL-000549-C3, styled *In the Interest of S.R.P. and D.A.P.*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.